**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

THOMAS LOCKHART,

       Plaintiff,                            CASE NO. 06-CV-15131

-vs-                                          PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

WARREN EVANS, ET AL.,

       Defendants.
_____/

**ORDER DENYING**
**PLAINTIFF'S APPLICATION FOR APPOINTMENT OF COUNSEL**

      Before this Court is Plaintiff Thomas Lockhart's ("Plaintiff") February 7, 2007 Application for Appointment of Counsel. (Docket No. 10). Having reviewed the record, the Court hereby **DENIES** Plaintiff's Application for Appointment of Counsel.

**SO ORDERED.**

                                          s/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: February 15, 2007

                            CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 15, 2007.

                                          s/Denise Goodine
                                          Case Manager